**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** § § § | |
| **Plaintiff,** § § | |
| **and** § § | |
| **JILL PARSONS AND YOLANDA GARZA,** § § | **Civil Action No. A-09-CA-705-SS** |
| **Plaintiff-Intervenors,** § § | |
| **v.** § § | |
| **LOWES HOME CENTERS, INC.,** § § | |
| **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenors, Jill Parsons and Yolanda Garza, and Defendant, Lowe's Home Centers, Inc, file this Joint Stipulation of Dismissal with Prejudice and respectfully show the court as follows:

Plaintiff-Intervenors no longer seek to prosecute their claims against Defendant, and Defendant agrees to withdraw its defenses and Motion for Sanctions. Based upon the foregoing, the EEOC also agrees to dismiss with prejudice its Title VII claims against Defendant.

Wherefore, the Parties respectfully request that the above-captioned matter be dismissed with prejudice, with each party assuming its or their own costs and attorneys' fees.

Dated:  October 21, 2010

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

/s/ Robert A. Canino w/permission by Holly Williamson
ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

/s/ Judith G. Taylor w/permission by Holly Williamson
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300

/s/ Patrick M. Connor w/permission by Holly Williamson
PATRICK M. CONNOR
Trial Attorney
Minnesota Bar No. 18521
E-mail: patrick.connor@eeoc.gov

Equal Employment Opportunity Commission
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7636
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**

/s/ Derek A. Howard w/permission by Holly Williamson
DEREK A. HOWARD
Texas State Bar No. 10064600
LOGAN HOWARD
Texas State Bar No. 24069952

Howard & Kobelan
100 Congress, Suite 1720
Austin, Texas 78701
Telephone: (512) 480-9300
Facsimile: (512) 480-9374

**ATTORNEYS FOR PLAINTIFF-INTERVENORS**

/s/ Holly H. Williamson
**Holly H. Williamson**
State Bar No. 21620100
hwilliamson@hunton.com
**Kevin J. White**
State Bar No. 24013742
kwhite@hunton.com
HUNTON & WILLIAMS LLP
700 Louisiana Street, Suite 4200
Houston, Texas 77002
713.229.5700 (Telephone)
713.239.5750 (Facsimile)

**Chris Taylor**
State Bar No. 24013606
chtaylor@hunton.com
HUNTON & WILLIAMS LLP
111 Congress Avenue, Suite 1800
Austin, Texas 78701
512.542.5031 (Telephone)
512. 542.5049 (Facsimile)

**Justin H. Smith**
State Bar No. 24041943
jsmith@hunton.com
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
214.979.8285 (Telephone)
214.979.3945 (Facsimile)

**ATTORNEYS FOR DEFENDANT LOWE'S HOME CENTERS, INC.**