FILED

2010 OCT 28 AM 10: 43

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § Plaintiff, § and § § JILL PARSONS AND YOLANDA GARZA § § Plaintiff-Intervenors, § § v. § § LOWE'S HOME CENTERS, INC., § § Defendant. § | Civil Action No. A09CA 705SS |

## ORDER

This matter having come before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, the Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: October 27, 2010

_____
UNITED STATES DISTRICT JUDGE